UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAUL MCGUIRE, *individually and on behalf of others similarly situated*, | ) ) ) |
| Plaintiff, | ) ) No.: 4:22-cv-00780 |
| v. | ) ) |
| AUTOASSURE, LLC, | ) ) ) |
| Defendant. | ) |

## ORDER

After a review of the Parties' Joint Motion for Approval of FLSA Settlement and the Settlement Agreement, Docs. [33], [33-1], [35-1], the Court is satisfied that the settlement reached is a "fair and reasonable resolution of a bona fide dispute" under the Fair Labor Standards Act. *See* 29 U.S.C. § 216.

Accordingly,

**IT IS HEREBY ORDERED** that the Parties' Joint Motion for Approval of FLSA Settlement, Doc. [33], is **GRANTED** and the Parties' settlement is **APPROVED**.

Dated this 17th day of February, 2023.

                                              _____
                                              MATTHEW T. SCHELP
                                              UNITED STATES DISTRICT JUDGE